IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK HURN,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                   Case No. 13-cv-532-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Mark Hurn's motion for post-conviction relief under 28 U.S.C. § 2255 as untimely.

    /s/                                             8/7/2013
Peter Oppeneer, Clerk of Court                  Date